UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**BRYANT RODRIGUEZ (1), and**<br><br>**COURTNEY MICHELLE MEJIA (2)**<br><br>Defendants. | CASE NO.:  21CR3602-JLS<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for March 18, 2022, at 1:30 p.m., be continued to April 22, 2022, at 1:30 p.m., before the Honorable Janis L. Sammartino.  Time is excluded under the Speedy Trial Act through April 22, 2022, for the reasons stated in the joint motion, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Dated:  March 15, 2022

Hon. Janis L. Sammartino
United States District Judge