UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**BRYANT RODRIGUEZ (1), and**<br><br>**COURTNEY MICHELLE MEJIA (2)**<br><br>Defendants. | CASE NO.:  21CR3602-JLS<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for April 22, 2022, at 1:30 p.m., be continued to May 27, 2022, at 1:30 p.m., before the Honorable Janis L. Sammartino. Time is excluded under the Speedy Trial Act through April 22, 2022, for the reasons stated in the joint motion, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Dated:  April 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge